**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

SAMUEL ORTIZ,

                         Plaintiff,              **STIPULATION OF DISMISSAL**

v.                                              17-cv-6832 (EAW)

CITY OF ROCHESTER, ROCHESTER POLICE
DEPARTMENT, and ROCHESTER POLICE
OFFICER(S), Identities Unknown,

                        Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties herein, that whereas no party is an infant or an incompetent for whom a committee or a conservatee has been appointed, and no person not a party has an interest in the subject matter of this proceeding, this action is hereby dismissed with prejudice.

BY: _____      BY: _____
      LELAND T. WILLIAMS, Esq.                 TIMOTHY R. CURTIN,
      *Attorney for Plaintiff*                         CORPORATION COUNSEL
      95 Allens Creek Road                      CHRISHOPHER S. NOONE, Esq.
      Building 1, Suite 107                       *Attorneys for Defendants*
      Rochester, NY 14618                        30 Church Street, Room 400A
      (585) 292-1110                               Rochester, NY 14614
                                                              (585) 428-6753

**SO ORDERED:**

Dated: _____, 2018
        Rochester, New York                            _____
                                                      HON. ELIZABETH A. WOLFORD
                                                      U.S. DISTRICT JUDGE